# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Noe Mejia-Domingo

CRIMINAL COMPLAINT
CASE: 19-23907M
Citizenship: GUATEMALA

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about March 04, 2019, at or near Sasabe, Arizona, in the District of Arizona, Noe MEJIA-Domingo, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, La on 01/23/2019, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about March 03, 2019, at or near Sasabe, Arizona, in the District of Arizona, Noe MEJIA-Domingo, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   Noe MEJIA-Domingo is a citizen of Guatemala. On 01/23/2019, Noe MEJIA-Domingo was lawfully denied admission, excluded, deported, and removed from the United States through Alexandria, La. On March 04, 2019, agents found Noe MEJIA-Domingo in the United States at or near Sasabe, Arizona. Noe MEJIA-Domingo did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about March 04, 2019, agents found Noe MEJIA-Domingo in the United States of America at or near Sasabe, Arizona without the proper immigration documents. Furthermore, Noe MEJIA-Domingo admitted to illegally entering the United States of America from Mexico on or about March 03, 2019, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 03/06/2019

at Tucson, Arizona

Andrew Carpenter, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 03/06/2019

**Lynnette C. Kimmins**
**Magistrate Judge**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                    CASE: 19-23907M

vs.

Noe Mejia-Domingo

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Noe Mejia-Domingo, was represented by counsel, Bert Vargas (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 03/06/2019. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 03/03/2019 |

As pronounced on 03/06/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Wednesday, March 06, 2019.

Lynnette C. Kimmins
Magistrate Judge

Arresting Agency: TCA

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA - TUCSON

**JUDGE'S MINUTES**

Date: 03/06/2019          Case Number: 19-23907M

USA vs. **Noe Mejia-Domingo**
Magistrate Judge: LYNNETTE C. KIMMINS       Judge AO Code: 70CE
ASSIGNED U.S. Attorney: Dean Lynch
INTERPRETER REQ'D: Hortensia Studer, Spanish
Attorney for Defendant: Bert Vargas (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **03/04/2019**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:        Bert Vargas (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart     COP: 1
BY: Cindy Stewart          Sent: 0
          Deputy Clerk     IA: 0
          Start: 1:37 pm Stop: 3:23 pm